# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

LUIS S.R.,

        Petitioner,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security, TODD BLANCHE, Acting Attorney General, TODD M. LYONS, Acting Director, Immigration and Customs Enforcement, and DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,

        Respondents.

Case No. 26-CV-2642 (NEB/DJF)

ORDER ACCEPTING
REPORT AND RECOMMENDATION

---

The Court has received the June 4, 2026 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 10.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 10) is ACCEPTED;

2. Petitioner Luis S.R.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3. Respondents are ordered to release Petitioner Luis S.R. from custody:

a.   As soon as practicable;

b.   Inside the State of Minnesota;

c.   At a safe time and place communicated in advance to counsel (Daniel P. Suitor: dan@danielsuitor.com; 612-234-2149); and

d.   With all of Petitioner's personal effects in Respondents' possession, such as driver's license, immigration papers, passport, cell phone, and keys.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 22, 2026                                        BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge