# UNITED STATES DISTRICT COURT

## District of Minnesota

Luis Stranch-Rivera,

                       Petitioner,

v.

Markwayne Mullin, Todd M. Lyons, David
Easterwood, Todd Blanche,

                       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-2642 NEB/DJF

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation (ECF No. 10) is ACCEPTED;
2. Petitioner Luis S.R.'s Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;
3. Respondents are ordered to release Petitioner Luis S.R. from custody:
   a. As soon as practicable;
   b. Inside the State of Minnesota;
   c. At a safe time and place communicated in advance to counsel (Daniel P. Suitor: dan@danielsuitor.com; 612-234-2149); and
   d. With all of Petitioner's personal effects in Respondents' possession, such as driver's license, immigration papers, passport, cell phone, and keys.

Date: 6/23/2026

KATE M. FOGARTY, CLERK